ACCEPTED
14-15-00741-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 7:35:45 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-00741-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 7:35:45 PM
CHRISTOPHER A. PRINE
Clerk

# COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS HOUSTON, TEXAS

## IN THE MATTER OF THE MARRIAGE OF LORENA ALDANA AND JOSE ALDANA

### ON APPEAL FROM ORDERS OF THE 312TH DISTRICT COURT HARRIS COUNTY, TEXAS

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO PAY FOR COURT REPORTER'S RECORD

**TO THE HONORABLE FOURTEENTH COURT OF APPEALS:**

Appellant, Jose Aldana ("Aldana"), by and through his attorney of record and files this, his Motion for Extension of Time to Pay for Court Reporter's Record. In support thereof, Aldana would respectfully show this Honorable Court as follows:

I.

Appellant, Aldana respectfully requests the Court to extend the deadline for Motion for Extension of Time to Pay for Court Reporter's Record from January 21, 2015 to March 01, 2014 or thirty days after this Court enters an order on Appellant's Motion to Dismiss and Motion to Strike Appellants' Brief. Under the TEX. R. APP. P. 10.5(b), Appellant would respectfully show

1

as follows:

1. The deadline for filing the Appellant's Motion for Extension of Time to Pay for Court Reporter's Record is September 21, 2015.

2. Appellant seeks an extension of time to pay for Court Reporter's Record to October 30, 2015 or thirty days after the 312th District Court in Harris County enters an order on Appellant's Motion Reconsideration.

3. The following facts were reasonably relied upon for the need of an extension to pay for Court Reporter's Record and are stated with personal knowledge of the undersigned counsel:

   a. Appellant, Jose Aldana, has filed with the 312th District Court in Harris County on August 28, 2015 a Motion for Reconsideration, which has not yet been ruled on or heard. Furthermore, Appellant's have a hearing set on this Motion for Reconsideration on September 23, 2015 at 09:00 a.m. Therefore, since hearings, rulings, and orders are still pending in the lower court, Appellant requests an extension of time to pay for the court reporter's record.

4. No previous extensions have either been filed or granted in this case by Appellant.

5. This request is not made for undue delay but only so that justice may be served.

6. The undersigned counsel does not believe the Appellee will oppose this motion.

II.

Appellant requests that this Honorable Court grant Appellant's Motion to Extend Time to File Appellant's Brief from September 21, 2015 to October 30, 2015 or thirty days from when the 312th District Court in Harris County Court enters an order on Appellant's Motion for Reconsideration.

2

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Appellant, Jose Aldana, requests that this Court grant Appellant's Motion to Extend Time to Pay for Court Reporter's Record.


Respectfully submitted,

**LUNA & ASSOCIATES**


By:    /s/ Briseida M. Luna                      
          Briseida M. Luna
          Texas Bar No. 24070184
          2425 West Loop South
          Suite 200
          Houston, Texas 77027
          Tel. (713) 364-6510
          Fax. (713) 581-1016
          bluna@lunalawassociates.com
          **ATTORNEYS FOR APPELLANT/**
          **JOSE ALDANA**


## CERTIFICATE OF CONFERENCE

As required by the Texas Rules of Appellate Procedure 10.1(a)(5), I certify that on September 18, 2015, I made a reasonable attempt to confer, with all parties listed below about the merits of this motion with the following results:

**Mr. Carl Selesky, Attorney for Appellee**

     Opposes motion

     Does not oppose motion

     Agrees with motion

     Would not say whether motion is opposed

3

X        Did not return my message regarding the motion

/s/ Briseida M. Luna
Briseida M. Luna
ATTORNEY FOR APPELLANT
September 21, 2015

## CERTIFICATE OF SERVICE

As required by the Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e) I certify that a true and correct copy of this document was on all attorneys and parties of record on this the 21st day of September 2015 which are listed below as follows:

SELESKY LAW FIRM

Carl Selesky

5225 Katy Freeway, Ste. 605

Houston, Texas 77007

713-782-5226 (Fax)

**Attorney for Appellee, Lorena Aldana**

/s/ Briseida M. Luna
Briseida M. Luna
ATTORNEY FOR APPELLANT
September 21, 2015